## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GLUE WILKINS, | : No. 189 MM 2014 |
| Petitioner | : |
| v. | : |
| HON. DANTE R. PELLIGRINI [SIC], COMMONWEALTH COURT, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of January, 2015, the Application or Leave to File Original Process is **GRANTED**, and the "King's Bench Matters" is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.